(This form is intended to be used by persons who are not represented by an attorney. The form should NOT be used by a prisoner who is filing a complaint under the Civil Rights Act, 42 U.S.C. section 1983. A separate form is obtainable for prisoners.)

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA**

RECEIVED

APR 2 0 2018

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Jack Hubert Denton Jr

_____

_____

_____

_____

(Enter above the **FULL** name of each
plaintiff in this action)

vs.

Scott County, Iowa
CountHouse

_____

_____

(Enter above the **FULL** name of each
defendant in this action)

COMPLAINT   3:18-CV-75

**Parties**
(In item A below, place your name in the first blank and place your present address and telephone number in the second blank. In the third blank write the state where your home is ("Home State"). In item B below, do the same for additional plaintiffs, if any.)

A.   Name of Plaintiff _Jack Deaton_

Address & Telephone Number _2025 Marquette St Dav. IA 52804_

~~Home State~~ _563 5940646   cell 563 209 1757_

B.   Additional Plaintiffs (include addresses, telephone numbers and home state for each)

_____

_____

_____

_____

(In item C below, place the **FULL** name of the defendant in the first blank place, the address and telephone number for the defendant in the second blank. In the third blank, write the state in which the defendant has his/her home. If the defendant is a corporation, list the location of its home office, and the state where it is incorporated, if known. If the defendant is a government agency, simply name it. In item D, do the same for additional defendants, if any.)

C.   Name of defendant _Scott County Courthouse_

Address & Telephone Number _400 W 4th St Davenport_

Home State _Iowa_

D.   Additional Defendants (include addresses, telephone numbers and home state for each).

_____

_____

_____

**STATEMENT OF CLAIM**

(State here as briefly as possible the **FACTS** of your case. You **MUST** state **EXACTLY** what each defendant personally did, or failed to do, which resulted in harm to you. State the date **AND** place of all events. Attach an extra sheet if necessary, and write the heading "Part II Continued" at the top of the sheet. Keep to the facts. Do not give any legal arguments or cite any cases.)

I filed for an Accomodation under the ADA. It was denied and there are three issues. 1. I was horribly mutalated by having the wrong surgery preformed on me. 1. My Medications never start working until 12:00pm and sometimes not at all. I cannot sit in a chain or function in society unless meds work ~~too bad~~ 2. I am being requested to pay a fine that I simply don't and can't pay. 3. I am being asked to work it off if I can't pay. I have also an hour job but that I cannot work at because of my disability

(If you know, **BRIEFLY** state what **SPECIFIC** law of constitutional provisions defendant(s) violated.)

Americans with Disabilities Act (ADA)

I showed up at 8:30am on 7-16-18 And I am now having A Relapse of a condition that I have been going to Mayo for 25 years for. I have been to the ER 2 times so far, I left the count house in an ambulance, I am not going to Live through this. I did nothing wrong and I can prove it. I have been too sick to function

RELIEF since 2014.

(State briefly **EXACTLY** <u>what you want the Court to do for you.</u>  Make no legal arguments.
Cite no cases or statutes.)

I want the Scott County Courthouse to make a plea bangain that I can keep and to schedule court times that I can make and preseve my dignity. I have almost died 7 times since 2014.

**Signature(s) of Plaintiff(s)**

Signed this 20th day of July 20 ,2018 .

_(Signature of Plaintiff)_

cell 563 209 1757
563 594 0646

_(Area Code)-Telephone Number_

Deadline 4:30PM July 20,2018
8:30 AM July 23,2018