IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

JACK HUBERT DEATON, JR.,

      Plaintiff,                                 No. 3-18-cv-75-CRW-CFB

vs.                                              ORDER

SCOTT COUNTY, IOWA
COURTHOUSE,

      Defendant.

      The court grants pro se plaintiff's application to proceed in forma pauperis (Docket # 2).

      Plaintiff has not demonstrated that this court has jurisdiction to hear and decide the merits of his pleaded claims. Plaintiff has not pleaded facts demonstrating that he was deprived of constitutionally-protected rights. Neither has he pleaded diversity of citizenship.

      This lawsuit is dismissed without prejudice for lack of jurisdiction.

      IT IS SO ORDERED.

      Dated this 20th day of July, 2018.

*Charles R Wolle*
CHARLES R. WOLLE, JUDGE
U.S. DISTRICT COURT